DOMINICK R. RINALDI, PLAINTIFF-RESPONDENT, v. STEPHEN E. MONGIELLO, DIRECTOR OF REVENUE AND FINANCE OF THE CITY OF HOBOKEN IN THE COUNTY OF HUDSON, AND CITY OF HOBOKEN IN THE COUNTY OF HUDSON, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued January 30, 1950—Decided February 15, 1950.

Before Judges McGeehan, Colie and Eastwood.

*Mr. Albert J. Shea* argued the cause for defendants-appellants.

*Mr. Nicholas S. Schloeder* argued the cause for plaintiff-respondent.

PER CURIAM. The judgment under review is affirmed for the reasons expressed in the opinion of Judge William J. Brennan, Jr., and reported in 7 *N. J. Super.* 410.